# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3148

Matthew Shawn Victor Bridges

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:23-cv-00003-CJW)

---

**MANDATE**

In accordance with the opinion and judgment of September 13, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 14, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit